JUDGE REINHARD

MAGISTRATE JUDGE JOHNSTON

FILED
AUG 08 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.  17 CR 5 0 0 5 4 |
| v. | ) | |
| | ) | Violations: Title 18, United States |
| | ) | Code, Sections 2252A(a)(1) and |
| GREGORY GREENE | ) | 2252A(a)(5)(B) |

## COUNT ONE

The FEBRUARY 2017 GRAND JURY charges:

On or about May 31, 2016, at Rockford, in the Northern District of Illinois, Western Division, and elsewhere,

GREGORY GREENE,

defendant herein, knowingly transported and caused to be transported child pornography, as that term is defined in Title 18, United States Code, Section 2256(8)(A), including a computer file titled, "!... 2014-07 3yo nice cumshot wow colibri magic time .3gp.", using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Sections 2252A(a)(1) and 2252A(b)(1).

## COUNT TWO

The FEBRUARY 2017 GRAND JURY further charges:

On or about June 15, 2016, at Rockford, in the Northern District of Illinois, Western Division, and elsewhere,

### GREGORY GREENE,

defendant herein, knowingly transported and caused to be transported child pornography, as that term is defined in Title 18, United States Code, Section 2256(8)(A), including a computer file titled, "(18 Prohibited Non Corrections) 6 Year Old Immature Kindergarten Child Insertion _52_G_0 10 _5B _ _C68_.avi.", using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Sections 2252A(a)(1) and 2252A(b)(1).

## COUNT THREE

The FEBRUARY 2017 GRAND JURY further charges:

On or about December 13, 2016, at Rockford, in the Northern District of Illinois, Western Division,

GREGORY GREENE,

defendant herein, knowingly possessed material, namely, an Acer model Aspire desktop computer, containing a 1 terabyte hard drive, with serial number 5VP8Y761, and a red 16 gigabyte Verbatim thumb drive, that contained an image of child pornography as defined in Title 18, United States Code, Section 2256(8)(A), involving a minor who had not attained 12 years of age, such image having been mailed, shipped, and transported using any means and facility of interstate or foreign commerce, and such image having been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means;

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## FORFEITURE ALLEGATION

The FEBRUARY 2017 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 2252A as set forth in this Indictment, defendant shall forfeit to the United States of America any matter which contains visual depictions described in Title 18, United States Code, Section 2252A; any property constituting and traceable to gross profits and other proceeds obtained from such offense; and any property used and intended to be used to commit and to promote the commission of such offense, and any property traceable to such property, as provided by Title 18, United States Code, Section 2253(a).

2. The property to be forfeited includes, but is not limited to the following specific property:

    a. Acer model Aspire desktop computer, containing a 1 terabyte hard drive, with serial number 5VP8Y761;

    b. Red 16 gigabyte Verbatim thumb drive; and

    c. Gateway model E5-521 desktop computer containing a 1 terabyte hard drive, with serial number 1a326g4a-600-112ao000782280a.

3. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been

placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; the United States of America shall be entitled to forfeiture of substitute property, as provided by Title 21, United States Code Section 853(p).

A TRUE BILL:

FOREPERSON

_____
ACTING UNITED STATES ATTORNEY