United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JUDGE REINHARD | Sitting Judge if Other than Assigned Judge | Iain D. Johnston |
|---|---|---|---|
| CASE NUMBER | 17 CR 5 0 0 5 4 | DATE | August 8, 2017 |
| CASE TITLE | USA v. Suppressed | | |

## GRAND JURY PROCEEDINGS

DOCKET ENTRY:

The Grand Jury for the February 2017 Session, a quorum being present, returns the above-entitled indictment in open Court this date before HONORABLE JUDGE IAIN D. JOHNSTON

Arrest warrant to Issue

_____
Judge Iain D. Johnston

Courtroom Deputy Initials: _____