## In The United States District Court
## For The Northern District Of Illinois
### Western Division

|  |  |  |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA, | ) | No. 17 - CR - 50054 - 1 |
| | ) | |
| v. | ) | Judge Philip G. Reinhard |
| | ) | |
| GREGORY GREENE, | ) | |
| | ) | |
| Defendant. | ) | |

### <u>DEFENDANT'S SENTENCING MEMORANDUM</u>

Comes now Gregory Greene, by his attorney, Robert M. Fagan, and prior to the time of Sentencing submits this Sentencing Memorandum:

Mr. Greene agrees with the guidelines calculations in the PSR which are consistent with the parties calculation contained in the plea agreement. Mr. Greene has no objections to the balance of the Pre-Sentence Report including the proposed supervised release conditions.

Mr. Greene understands and accepts the fact that his criminal behavior has victims who should be compensated. Mr. Greene has no objections to this Honorable Court awarding restitution to those victims, as itemized within the Victim Impact Statements submitted by the Government, totaling $39,000. Mr. Greene respectfully prays that he be allowed to begin paying said restitution upon his release from custody.

Mr. Greene believes that a sentence at the low end of the applicable guidelines range of 180 to 188 months would comply with the purposes of sentencing and factors set forth in 18 U.S.C. § 3553(a). Specifically, Mr. Greene respectfully requests the Court sentence him to 180 months in the Bureau of Prisons.

Mr. Greene respectfully requests the Court recommend he be allowed to participate in the Residential Drug Abuse Program and that the Court recommend to the Bureau of Prisons that he be designated to the Satellite Camp at FMC Lexington.

Dated this 11th day of October, 2019.

Respectfully submitted:

Gregory Greene, Defendant

By:

  /s  *Robert M. Fagan*
Attorney for Defendant

The Law Offices of Robert M. Fagan, Ltd.
210 Lincoln - Douglas Center
10 North Galena Avenue
Freeport, IL 61032-4360
815.233.5800
815.232.5500 Facsimile
Fagan@prodigy.net

## CERTIFICATE OF FILING AND SERVICE

I, Robert M. Fagan, hereby certifies that on October 11, 2019 in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, L.R. 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

Defendant Gregory Greene's Sentencing Memorandum

was served pursuant to the district court's ECF system as to ECF filers.

  /s  *Robert M. Fagan*
Attorney for Defendant